# Court of Appeals
# of the State of Georgia

ATLANTA,  February 03, 2015

*The Court of Appeals hereby passes the following order:*

**A14A1926. TUCKER v. STATE OF GEORGIA**

The State of Georgia has moved to transfer this appeal to the Supreme Court. It is apparent from the appellant's pro se brief that he is appealing from the trial court's order denying a pleading in his criminal case styled a "Writ of Injunction" seeking "to order the sheriff of Rockdale, Eric J. Levett, to carry-out his official Public Duty" by recalculating his sentence. As the State observes, this is, in effect, a petition for a writ of mandamus.

We lack jurisdiction because the Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"); *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office,*
*Atlanta,*  02/03/2015

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*